==============================================ORIGINAL==================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

----------------

NO. 99-55450     *COSTS TAXED*
CT/AG#: CV-98-01703-DT-1

ANTONIO D. OASAY; CARLINA P. OASAY

Plaintiffs - Appellants

v.

FEDERAL NATIONAL LOAN MORTGAGE CORPORATION, esa, Federal Home Loan Mortgage Corporation; CTC FORECLOSURE SERVICES CORPORATION; COUNTRYWIDE HOME LOANS INC.; MORTGAGE CAPITAL RESOURCE

Defendants - Appellees

----------------

APPEAL FROM the United States District Court for the Central District of California, Los Angeles .

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is  AFFIRMED.

Filed and entered          February 10, 2000



☑ Docketed
☑ Copies / NTC Sent
☑ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## BILL OF COSTS

**NOTE:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within **14 days** of the date of entry of **judgment**, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. 1920, and Circuit Rule 39-1 when preparing your bill of costs.

**Oasay** v. **Federal National Loan Mortgage Corp.** CA No. **99-55450**

The Clerk is requested to tax the following costs against: **Antonio and Carlina Oasay**

| COST TAXABLE UNDER FRAP 39, 28 U.S.C. 1920, Circuit Rule 39-1 | REQUESTED Each column must be completed | | | ALLOWED To be completed by the clerk | | |
|---|---|---|---|---|---|---|
| | No. Of Documents* | Pages per Document | Cost per Page** | Total Cost | No. Of Documents | Pages for Document | Cost for Page | Total Cost |
| Excerpt of Record | 7 | 146 | 0.10 | 102.20 | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 20 | 49 | 0.10 | 98.00 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other – Reporter's Transcript | 1 | | | 9.75 | | | | |

TOTAL: $ **209.95**     TOTAL: $ _____

Other: Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

*If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.
** Costs per page may not exceed 20¢ or actual cost, whichever is less. Circuit Rule 39-1.

Attorneys Fees cannot be requested on this form.

I, **Sanford Shatz**, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed. The printer's itemized statement showing actual costs per page is attached.

Signature: _____   Date: **2-15-00**
Name of Counsel (printed or typed) **Sanford Shatz**   Attorney for: **Appellees**

Date: **3/3/00**

Costs are taxed in the amount of $ **209.95**

By: _____
Clerk of Court
_____ Deputy Clerk

wpdocs/forms/bill REV 11/95

For Official Use Only

FEB 24 2000

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                       ) SS.
COUNTY OF LOS ANGELES  )

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 4500 Park Granada, Calabasas, California 91302.

On February 16, 2000, I served the foregoing bill of costs on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Antonio D. Oasay
Carlina P. Oasay
706 W. Clarion Drive
Torrance, California 90502

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Calabasas, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States, that the above is true and correct.

Executed on February 16, 2000, at Calabasas, California.

_Jacqui Whitney_
Jacqui Whitney

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
FEB 1 0 2000
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| ANTONIO D. OASAY; CARLINA P. OASAY,<br><br>　　　　　Plaintiffs-Appellants,<br><br>　v.<br><br>FEDERAL NATIONAL LOAN MORTGAGE CORPORATION, esa, Federal Home Loan Mortgage Corporation; CTC FORECLOSURE SERVICES CORPORATION; COUNTRYWIDE HOME LOANS, INC.; MORTGAGE CAPITAL RESOURCE,<br><br>　　　　　Defendants-Appellees. | No. 99-55450<br><br>D.C. No. CV-98-01703-DT<br><br>MEMORANDUM[1] |

Appeal from the United States District Court
for the Central District of California
Dickran M. Tevrizian, District Judge, Presiding

Submitted February 8, 2000[2]

Before:　GOODWIN, LEAVY, and TASHIMA, Circuit Judges.

---

[1]　This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36-3.

[2]　Because the panel unanimously finds this case suitable for decision without oral argument, the Oasays' motion for oral argument is denied. *See* Fed. R. App. P. 34(a)(2).

Antonio D. Oasay and Carlina P. Oasay appeal pro se the district court's summary judgment in favor of the defendants in their action alleging improper foreclosure on their residential property. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's grant of summary judgment, see *Barnett v. Centoni*, 31 F.3d 813, 815 (9th Cir. 1994) (per curiam), and we affirm.

The district court properly granted summary judgment in favor of the defendants because the defendants supported their motion with properly sworn declarations. *See* 28 U.S.C. § 1746; Fed. R. Civ. P. 56(e). The Oasays' contention that the defendants' affidavits or declarations were not sworn lacks merit.

The Oasays contend that as pro se plaintiffs, they should not have been required to follow Local Rule 7.6 of the Central District of California Local Rules. This contention lacks merit because the district court still considered their declarations and Opposition to Summary Judgment despite the possible local rule violation.

The Oasays contend that the district court erred because the defendants failed to offer the original promissory notes. This contention lacks merit because the defendants sufficiently supported their motion for summary judgment with sworn declarations, sworn certified copies of relevant documents, and depositions of the

Oasays themselves. *See* Fed. R. Civ. P. 56(e). The Oasays offer no authority that would require the original promissory notes at summary judgment.

The Oasays' contention that the district court judge was biased and should have recused himself also lacks merit. Here, the Oasays fail to identify any facts supporting their contention of bias or partiality, and upon review of the record, we find no such evidence. *See* 28 U.S.C. § 455; *United States v. Hernandez*, 109 F.3d 1450, 1453-54 (9th Cir. 1997) (per curiam).

**AFFIRMED.**

INTERNAL USE ONLY: Proceedings include all events.
99-55450 Oasay, et al v. Federal National, et al

| | |
|---|---|
| ANTONIO D. OASAY<br>　　Plaintiff - Appellant | Antonio D. Oasay<br>[COR LD NTC prs]<br>706 W. Clarion Drive<br>Torrance, CA 90502 |
| CARLINA P. OASAY<br>　　Plaintiff - Appellant | Carlina P. Oasay<br>[COR LD NTC prs]<br>706 W. Clarion Drive<br>Torrance, CA 90502 |

v.

| | |
|---|---|
| CTC FORECLOSURE SERVICES CORPORATION<br>　　Defendant - Appellee | Sanford Philip Shatz<br>[COR LD NTC ret]<br>SANFORD, PHILIP, SHATZ<br>4500 Park Granada<br>Calabasas, CA 91302 |
| COUNTRYWIDE HOME LOANS INC.<br>　　Defendant - Appellee | Sanford Philip Shatz<br>(See above)<br>[COR LD NTC ret] |
| MORTGAGE CAPITAL RESOURCE<br>　　Defendant - Appellee | Sanford Philip Shatz<br>(See above)<br>[COR LD NTC ret] |
| FEDERAL NATIONAL LOAN MORTGAGE CORPORATION, esa, Federal Home Loan Mortgage Corporation<br>　　Defendant - Appellee | Sanford P. Shatz, Esq.<br>818-225-3434<br>[COR LD NTC ret]<br>COUNTRYWIDE HOME LOANS<br>4500 Park Granada Blvd.<br>Calabasas, CA 91302-1613 |